UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGNON EUGENIE GUISHARD-POLE                     7:23-cv-08751-PMH

Plaintiff

v.

COINBASE, INC., and
COINBASE GLOBAL, INC

Defendants
_____/

**VOLUNARY DISMISSAL WITHOUT PREJUDICE TO DEFENDANTS
COINBASE, INC., and COINBASE GLOBAL, INC.**

The undersigned counsel hereby files a voluntary dismissal without prejudice to Defendants COINBASE, INC., and COINBASE GLOBAL, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or a motion for summary judgment. At this time, the parties will continue to discuss settlement, or otherwise resolve their differences outside of the Southern District of New York, in order to conserve time and judicial resources.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and complete copy of this document was electronically filed with the clerk of courts via CM/ECF in the Southern District of New York on the 11th day of January 2024.

Respectfully submitted,

Shrayer Law Firm, LLC.
Counsel for Plaintiff
912 South Andrews Avenue
Fort Lauderdale, FL 33316
Tel.   (954) 601-3732
Email: ghs@shrayerlaw.com

**/s/Glen H. Shrayer**

Glen H. Shrayer, Esq.
Fl Bar No. 57253